## MARK T. SHANNON v. GEORGE K. McMURTRIE ET AL.

If, under an order for discovery in aid of execution, an examination of witnesses be held without personal notice to the defendant, the proceedings will be set aside as irregular.

On *certiorari* to review proceedings under an order for discovery in aid of execution.

Argued at February Term, 1886, before Justices DEPUE, DIXON and REED.

For the plaintiff in *certiorari*, *Henry S. Harris*.

For the defendants in *certiorari*, *J. G. Shipman*.

The opinion of the court was delivered by

DIXON, J. An order for discovery in aid of execution, out of the Warren Common Pleas, was made November 25th, 1884. It directed the defendant to appear and make discovery on November 28th, 1884, at ten o'clock A. M. It was filed on the day of its allowance, and on the following day a copy of it was delivered to the defendant's wife at his residence in Warren county. The defendant was not then at home, and did not return home until November 29th, 1884, nor was he in any way apprised of the purport of the order

before the time set therein for his appearance. At the time so specified, the plaintiffs in execution produced witnesses, who were examined before the designated commissioner,˙and, upon the testimony thus taken, without notice to the defendant, a receiver was appointed and proceedings against the defendant for contempt were instituted. The *certiorari* brings up the whole matter for review.

The defendant was entitled to notice of the examination of witnesses, and, no other mode of notifying him being provided by statute, personal notice was requisite.˙ For want of this, the proceedings were irregular (*Seyfert* v. *Edison*, 18 *Vroom* 428,) and must be set aside, with costs.